UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | CIVIL ACTION NO. 01-12257-PBS<br>MDL NO. 1456 |

## ORDER OF CONSOLIDATION

       Case number 05cv11184-PBS is consolidated with civil action number 01-12257-PBS. All future pleadings will be docketed in civil action number 01-12257-PBS which has been designated the Lead Case.

       /s/ Patti B. Saris
       Patti B. Saris
       United States District Judge

Copies to:  All Counsel        December 29, 2005